JAMES DILLARD *v.* COMMISSIONER
OF CORRECTION
(AC 27422)

Flynn, C. J., and Gruendel and Harper, Js.

Argued April 25—officially released June 26, 2007

Per Curiam. The appeal is dismissed.

ANTONIO RIBEIRO *v.* DEPIANO, GENTILE, CZEPIGA
AND SOARES, P.C.
(AC 28072)

DiPentima, McLachlan and Lavine, Js.

Argued May 31—officially released June 26, 2007

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* CHUCK W. BUDZ
(AC 27493)

Bishop, Lavine and Dupont, Js.

Argued May 24—officially released June 26, 2007

Per Curiam. The judgment is affirmed.